AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Dec. 26, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Patricia Marks | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): This summons was served by me by certified return receipt US mail. Original complaint served on Dirk Kempthorne                                     Nv Shoshone

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Dec 29 2006    Patricia Marks
          *Date*          *Signature of Server*

             15992 AE Mullinix
             Woodbine, MD 21797

             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Dirk Kempthorne
Secretary of the Interior
1849 C. Street N.W.
Washington, D.C. 20240

*N W Shoshone*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   (Transfer from      7005 1820 0007 7399 9294

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540