IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHWESTERN BAND OF SHOSHONE INDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:06-cv-02163-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin S. Webb as counsel for Defendants.

Service of all papers on Mr. Hoang, Mr. LaLonde and Mr. Webb by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde and Mr. Webb should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

    Respectfully submitted this 25th day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193

*/s/ Martin J. LaLonde*
MARTIN J. LALONDE, IL Bar #6218249

*/s/ Kevin S. Webb*
KEVIN S. WEBB, DC Bar #484866
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0479
Fax: (202) 353-2120

OF COUNSEL:

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on February 25, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                                */s/ Anthony P. Hoang*
                                                ANTHONY P. HOANG