IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWESTERN BAND OF ) <br> SHOSHONE INDIANS, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br>     Defendants. ) <br> _____) | No. 1:06cv02163-JR |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the withdrawal of Kevin J. Larsen as co-counsel, and the substitution of Maureen E. Rudolph as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Ms. Rudolph in substitution for Mr. Larsen at the address indicated below:

<u>Regular Delivery:</u>

        Maureen E Rudolph
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0479
        Facsimile: (202) 353-2021
        E-mail: maureen.rudolph@usdoj.gov

<u>Express Delivery</u>:

>   601 D. Street, N.W.
>   Room 3205
>   Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang and Martin J. Lalonde, co-counsel for the Federal Defendants.

Respectfully submitted this 30th day of July 2007.

>   RONALD J. TENPAS
>   Acting Assistant Attorney General
>
>   /s/ Maureen E. Rudolph
>   MAUREEN E. RUDOLPH, SD Bar # 3176
>   ANTHONY P. HOANG, FL Bar # 798193
>   MARTIN J. LALONDE, IL Bar # 6218249
>   U.S. Department of Justice
>   Environment & Natural Resources Division
>   Natural Resources Section
>   P.O. Box 663
>   Washington, D.C.  20044-0663
>   Tel:   202-305-0479
>   Tel:   202-305-0241
>   Tel:   202-305-0247
>   Fax:   202-353-2021
>
>   maureen.rudolph@usdoj.gov
>   anthony.hoang@usdoj.gov
>   martin.lalonde@usdoj.gov
>
>   Attorneys for Federal Defendants
>
>   OF COUNSEL:
>
>   SHANI WALKER
>   Office of the Solicitor
>   United States Department of the Interior
>   Washington, D.C.  20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on June 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                              */s/ Maureen E. Rudolph*
                                              MAUREEN E RUDOLPH