**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NORTHWESTERN BAND OF SHOSHONE,         :
                                       :
      Plaintiff,                       :
                                       :
  v.                                   :   Civil Action No. 06-2163 (JR)
                                       :
DIRK KEMPTHORNE, Secretary of          :
the Interior, *et al.*,                :
                                       :
      Defendants.                      :

### ORDER

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.


                                          JAMES ROBERTSON
                          United States District Judge